UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

D.R. and E.F., on behalf of N.R.,

                                        Plaintiffs,

-v-

New York City Department of Education,

                                        Defendant.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CV 1995 (RJS)

      **PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of the defendant NEW YORK CITY DEPARTMENT OF EDUCATION in the above-titled action.

Dated:      New York, New York
               March 20, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                           City of New York
                                        Attorney for Defendants
                                        100 Church Street, Room 2-306
                                        New York, N.Y. 10007
                                        (212) 788-0957
                                        e-mail: stweber@law.nyc.gov

                             By: _____
                                        Steven D. Weber (SW-7627)
                                        Assistant Corporation Counsel

CC: Gary Mayerson, attorney for plaintiffs (BY ECF)