

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **STEVEN D. WEBER**<br>phone: 212-788-0957<br>fax: 212-788-0940<br>email: stweber@law.nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

March 17, 2008

**BY HAND**
Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

       Re:  D.R. and E.F. on behalf of N.R. v. New York City Dept. of Education,
             08 CV 1995 (RJS)

Dear Judge Sullivan:

       I am the Assistant Corporation Counsel who has just been assigned to the above-referenced case. I write on behalf of defendant New York City Department of Education ("NYCDOE") to respectfully request an extension of time for the NYCDOE to respond to the Complaint, from March 20, 2008, until April 18, 2008. This is the first request for an extension of time in this matter. Plaintiffs consent to this request.

       Plaintiffs herein allege that they are entitled to attorney's fees in that they substantially prevailed at administrative hearings relating to the educational placement of their child, N.R. If the record ultimately demonstrates that Plaintiffs were in fact the prevailing party, the NYCDOE does not dispute that counsel is entitled to reasonable fees. In fact, the NYCDOE has a process for obtaining fees in this context. Plaintiffs' counsel has been previously informed of this process (and in fact, has previously utilized this process), but has instead opted to seek relief from this Court in the first instance.

       In any event, I have contacted Plaintiffs' counsel to request that he provide Defendant with copies of his billing records. Plaintiffs' counsel has indicated that he will do so shortly. An extension of time will allow for such records to be transmitted, and for Defendant's counsel to analyze Plaintiffs' request and explore the possibility of settlement.

       Thank you for your consideration of this request for an extension of time to respond to the Complaint until April 18, 2008.



Respectfully Submitted,

Steven D. Weber
Assistant Corporation Counsel

cc: By Fax
Mayerson & Associates
Attn: Gary S. Mayerson
330 West 38th Street, Suite 600
New York, New York 10580
Fax: 212-265-1735

SO ORDERED
Dated: 3/19/08
RICHARD J. SULLIVAN
U.S.D.J.

2